**Exhibit "A"**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE | : |
| | : |
| *Plaintiff* | : |
| vs. | :CIVIL ACTION NO: 08-cv - 04083 |
| | : |
| BARACK HUSSEIN OBAMA, ET AL | : |
| | : |
| *Defendants* | : |

## AFFIDAVIT OF BISHOP RON McRAE

I, Bishop Ron McRae am over the age of eighteen (18) and not a party to the within action. If called to do so, I could and would competently testify under oath as follows:

I am the Continental Bishop who oversees the Anabaptists Churches in North America. I am also the Presiding Elder on the African Presbytery, where we have numerous churches throughout Kenya, Uganda, Tanzania, the Democratic Republic of the Congo and mission works in several other African nations. The African Presbytery is comprised of the national bishops of the various countries we minister in and support, along with our statewide bishops from New York and Pennsylvania.

We actively visit and minister throughout these African countries, and do so extensively throughout all of Kenya these last three [3] years. In overseeing the establishment of our churches and presbytery in Kenya, over the last two [2] years we have had personal dealings, continually, with many citizens of Kenya from every tribe and economic standing throughout the wonderful nation of Kenya, with whom the national interests in United States Senator Barack Hussein Obama is a very popular topic of discussion. The tribal cultures of the Kenyanese people have involved much turmoil during the national elections at the end of December 2007 and the beginning of 2008.

The much published violence that erupted over the presidential elections caught the world's attention. Myself and several American minister with our church were present during this time in Kenya, and the facts concerning this strife and the ensuing violence were well known, and of common knowledge throughout all of Kenya.

The opposition party that was responsible for all of the violence was from the minority Luo tribe, which is a Muslim tribe that supported Mr. Raila Odinga for president. Raila Odinga is a Marxists socialist who graduated from the East Germany Magdeburg University in 1970 on a scholarship from the East German government. He named his first born son after Fidel Castro. Raila Odinga spent six years in prison for his admitted involvement in the bloody coup attempt in 1982 to over take and assassinate Daniel Arap Moi, Kenya's President. Mr. Odinga has publicly admitted to being the leader of that coup in his 2006.

Mr. Odinga is the cousin of United States Senator Barack Obama; Mr. Obama is from the same Muslim tribe, the Luo Tribe, as Mr Odinga. Senator Obama visited Kenya in August of 2006 and campaigned extensively for his cousin, Mr. Odinga, which gave Odinga a tremendous boost. During Senator Obama's campaign stops on behalf of his cousin Odinga, the Senator made numerous claims against the democratic government of Kenya and Kenya's President Mwai Kibaki, claiming they were corrupt, stating often, that Kenya was "ready for change", just as he has campaigned here in the United States during this Presidential election. It has also been common knowledge throughout Kenya that Senator Obama sent his foreign policy advisor, Mr. Mark Lippert, to Kenya at least three times to advise Mr. Odinga on his campaign strategies. See Mark Hyman's Washington Times article published October 12, 2008, attached as **Exhibit "1"**. Moreover, everyone in Kenya is well aware that Senator Obama donated over one million

American dollars ($1,000,000.00) to his cousin's, Mr. Odinga's campaign, which is documented in the Kenyan Political Party, for Mr. Odinga, Orange Democratic Movement [hereinafter "ODM"] along with extensive funds from other Muslim supporters including but not limited to the Muslim son of Muammar Gadhafi, the dictator of Libyan's Muslim government. These issues are common knowledge throughout Kenya, and the information is publicly documented across the internet.

It is detailed in Odinga's financial reports and strategies ODM Internal Memo documents, attached as **Exhibit "2"**, which are public records, that a significant portion of Senator Obama's financial contributions (made through an organization identified as Friends of Senator Barack Obama) were used to help finance both the signed Muslim Memorandum of Understanding as well as the planned violence, murders and bloodshed that occurred in December of 2007. Within the ODM Internal Memo attached as **Exhibit "2"**, the funds donated by Mr. Obama through "Friends of Senator Barack Obama" were to be used for "Violence as a last result…to discourage voter participation in hostile areas…use ODM agents on the ground to engineer ethnic tensions in target areas…support Kapondi's forces in Mt. Eglon", and to do so during "Mid-December". Unfortunately, the exact violence described in these reports was carried out and occurred at the beginning of the second week of December 2007.

Additionally, it is common knowledge throughout both the Christian and Muslim communities in Kenya, that contrary to news media propagandas here in the United States, US Senator Barack Hussein Obama is a Muslim and not a Christian, and that he was born in Mombassa, Kenya and not in the State of Hawaii as falsely purported by the Obama campaign for presidency of the United States. Mr. Obama's cousin ran his failed campaign for the Kenyan presidency in the identical fashion of Senator Obama's

American campaign strategy, and that being to join a nominal Christian church in order to publicly profess to be a Christian, while maintaining their actual Muslim beliefs, in order to sway public opinion away from the actual fact of his strong Muslim beliefs, family and goals. It is a known fact that membership in the United Church of Christ in Chicago, where Barack Obama was a member, does not require Muslim's to renounce their Islamic faith in order to join the UCC church. Throughout Kenya it is and was well publicized in the media that a Memorandum of Understanding agreement, attached as **Exhibit "3"**, between Raila Odinga and Sheik Abdullahi Abdi, chairman of the National Muslim Leaders Forum, was signed by Odinga on August 29, 2007 in which Raila Odinga promised if elected to implement numerous drastic changes including but not limited to the following.

- Recognize "Islam as the only true religion"
- "Islamic leaders would have an oversight role to monitor activities of ALL other religions" [emphasis in the original].
- Installation of Shariah courts in every jurisdiction to implement Islamic law.
- Implement a ban on Christian preaching.

Because of the seriousness of all the above, as a Christian and a citizen of the United States, this preacher could no longer sit idly by knowing these things and continue to minister in both Kenya and the United States. As the presiding bishop over the Continental Presbytery of Africa, I authorized representatives within our church to locate and interview Ms. Sarah Hussein Obama, the actual grandmother of US Senator Barack Obama. Ms. Sarah Obama lives in the Alego-Kogello, approximately 37 miles from Kisumu, where the Anabaptists have a congregation, and where this preacher has preached several times prior to the December elections in 2007, and prior to the planned violence from the Odinga supporters, which erupted.

Affidavit of Bishop Ron McRae                                                                 4

With Senator Obama being born in Kenya and not in the United States, he is not a "natural born" citizen and it prohibits him from being eligible to run for and/or serve as President of the United States. Since Senator Obama's birth was reportedly in 1961, birth records may or may not be available, so I felt it very important to obtain the testimony of his grandmother as a first hand witness, since it is commonly known throughout Kenya, and especially around the Kisumu area, that Sarah Obama was present when Barack Obama, Jr. was born in Kenya.

Accordingly, on Thursday, October 16, 2008 Reverend Kweli Shuhudia (actual name temporarily withheld to protect his life), an evangelists with our ministries throughout Africa traveled to Kogello and located Ms. Sarah Obama at her home, see the attached email, attached as **Exhibit "4"**. Mr. Shuhudia is a very intelligent and educated citizen of Africa, a former teacher and respected evangelist throughout Africa. Mr. Shuhudia acts as our official translator when we are in Africa, and is fluent in both Swahili and English. Mr. Shuhudia met and interviewed Ms. Sarah Obama at length on October 16th, during which interview; he called me on my mobile number, see my phone record attached as **Exhibit "5"**. Mr. Shuhudia called me first on October 16th at 10:33a.m. and advised that he was with Sarah Hussein Obama and that she wanted to speak with me, but the connection was lost. He called me right back at 10:35a.m. and he informed me that there were several hundred people present, celebrating Obama's success. I questioned him about the format of the phone call and conversation with Ms. Obama, and then informed him that I would call him right back, so it would not cost him international charges for the call. I called back at 10:40a.m. and public music and voices could be heard that were gathered around Kweli Shuhudia. I then spoke with him and requested that they utilize the speaker phone so everyone could hear. The speaker phone

with its open microphone was utilized with Mr. Shuhudia. Mr. Vitalis Akech Ogombe the
Kogelo Community Chairman assisting in the translation work and Ms. Sarah Hussein,
along with several hundred people including policeman present and listening to the open
conversation between the four of us for approximately 15 minutes. Mr. Vitqalis Ogombe
is also the step grandson of Ms. Obama and the cousin of Barack Obama. A third
unknown party can be heard periodically interjecting both Swahili and English words in
the public discussion and conversation between the four of us. At times the room noise
from other peoples' voices makes some of the swahili difficult to hear, and towards the
end of the converstaion several men's voices are heard that are not identified. As I talked
to and questioned Ms. Obama publicly over the open microphone of Mr. Shuhudia's
speaker phone, they would translate what I said to her in Swahili publicly, and then they
would translate her Swahili responses to me publicly in English. Ms. Obama can fluently
speak Swahili in her native dialect, but cannot read or write. In the ensuing public
conversation, I asked Ms. Obama specifically, "Were you present when your grandson
Barack Obama was born in Kenya?" This was asked to her in translation twice, and both
times she specifically replied, "Yes! Yes she was! She was present when Obama was
born". Though, some few younger relatives, including Mr. Ogombe, have obviously been
versed to counter such facts with the common purported information from the American
news media that Obama was born in Hawaii, Ms. Sarah Hussein Obama was very
adamant that her grandson, Senator Barack Hussein Obama, was born in Kenya, and that
she was present and witnessed his birth in Kenya, not the United States. When Mr.
Ogombe attempted to counter Sarah Obama's clear responses to the question, verifying
the birth of Senator Obama in Kenya, I asked Mr. Ogombe, how she could be present at
Barack Obama's birth if the Senator was born in Hawaii, but Ogombe would not answer

the question, instead he repeatedly tried to insert that, "No, No, No. He was born in the United States!" But during the conversation, Ms. Sarah Hussein Obama never changed her reply that she was in deed present when Senator Barack Obama was born in Kenya. A transcript of this taped public interview is attached as **Exhibit "6"**. Mr. Shuhudia took photographs during the open conversation and interview with Ms. Sarah Hussein Obama, which photos will be forthcoming.

Because of the seriousness of the political situation and the impact of such on a United States Presidential election, and because of the factual reality of tremendous violence in Kenya towards Christians, especially in the immediate area of Kisumu, where both Sarah Hussein Obama and Rev. Kweli Shuhudia live, it is requested that all reasonable and legal steps be taken to secure Rev. Kweli Shuhudia's identity to the Federal Court alone, in order to protect his life and safety for being willing to provide this very important assistance in gathering this testimony and evidence to be used in any Federal litigation.

The above related facts are true and verifiable to the best of my personal knowledge before God Almighty, whose I am and whom I serve.

I declare under the penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Dated: October ___, ___, 2008

By the grace of God alone,

Ron McRae
Residing Bishop
Continental Presbytery of Africa
Anabaptists Churches of N. America
John 3:30/
Philippians 3:19-21, 29, 30

# NOTARY PUBLIC ACKNOWLEDGEMENT

Commonwealth of Pennsylvania  )

County of _____ )SS·
                            )

On October _____ , 2008, before me _____
                                    (Insert name and title of Notary)

personally appeared __Bisphop Ron McRae___ , who proved to me on the basis

of satisfactory evidence to be the person whose name is subscribed to the within

instrument and acknowledged to me that he executed the same and that by his

signature on the instrument the person executed the instrument

I certify under PENALTY OF PERJURY under the laws of United States that the

foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

_____                    *Seal*
Signature of Notary Public

My Commission Expires: _____ , 20___

# EXHIBIT "1"

US News | National Security | Just the Headlines | Front Page Image |

Home > Voices > **Commentary**

### HYMAN: Obama's Kenya ghosts

**Mark Hyman**
**Sunday, October 12, 2008**

ASSOCIATED PRESS Kenyan Prime Minister Raila Odinga is calling President Robert Mugabe's Zimbabwe an "embarrassment" to Africa and would support the forced removal of the ruler.

**COMMENTARY:**

About 50 parishioners were locked into the Assemblies of God church before it was set ablaze. They were mostly women and children. Those who tried to flee were hacked to death by machete-wielding members of a mob numbering 2,000. The 2008 New Year Day atrocity in the Kenyan village Eldoret, about 185 miles northwest of Nairobi, had all the markings of the Rwanda genocide of a decade earlier.

By mid-February 2008, more than 1,500 Kenyans were killed. Many were slain by machete-armed attackers. More than 500,000 were displaced by the religious strife. Villages lay in ruin. Many of the atrocities were perpetrated by Muslims against Christians.

The violence was led by supporters of Raila Odinga, the opposition leader who lost the Dec. 27, 2007, presidential election by more than 230,000 votes. Odinga supporters began the genocide hours after the final election results were announced Dec. 30. Mr. Odinga was a member of Parliament representing an area in western Kenya, heavily populated by the Luo tribe, and the birthplace of Barack Obama's father.

Mr. Odinga had the backing of Kenya's Muslim community heading into the election. For months he denied any ties to Muslim leaders, but fell silent when Sheik Abdullahi Abdi, chairman of the National Muslim Leaders Forum, appeared on Kenya television displaying a memorandum of understanding signed on Aug. 29, 2007, by Mr. Odinga and the Muslim leader. Mr. Odinga then denied his denials.

The details of the MOU were shocking. In return for Muslim backing, Mr. Odinga promised to impose a number of measures favored by Muslims if he were elected president. Among these were recognition of "Islam as the only true religion," Islamic leaders would have an "oversight role to monitor activities of ALL other religions [emphasis in original]," installation of Shariah courts in every jurisdiction, a ban on Christian preaching, replacement of the police

Affidavit of Bishop Ron McRae                                                                 2

commissioner who "allowed himself to be used by heathens and Zionists," adoption of a women's dress code, and bans on alcohol and pork.

This was not Mr. Odinga's first brush with notoriety. Like his father, <u>Jaramogi Oginga Odinga</u>, the main opposition leader in the 1960s and 1970s, Raila Odinga is a Marxist He graduated from East Germany's Magdeburg University in 1970 on a scholarship provided by the East German government. He named his oldest son after Fidel Castro.

Raila Odinga was implicated in the bloody coup attempt in 1982 against then-President Daniel Arap Moi, a close ally of the United States. Kenya has been one of the most stable democracies in Africa since the 1960s. The ethnic cleansing earlier this year was the worst violence in Kenya since that 1982 coup attempt. Mr. Odinga spent eight years in prison. At the time, he denied guilt but later detailed he was a coup leader in his 2006 biography. Statue of limitations precluded further prosecution when the biography appeared.

Initially, Mr. Odinga was not the favored opposition candidate to stand in the 2007 election against President Mwai Kibaki, who was seeking his second term. However, he received a tremendous boost when Sen. Barack Obama arrived in Kenya in August 2006 to campaign on his behalf. Mr. Obama denies that supporting Mr. Odinga was the intention of his trip, but his actions and local media reports tell otherwise.

Mr. Odinga and Mr. Obama were nearly inseparable throughout Mr. Obama's six-day stay. The two traveled together throughout Kenya and Mr. Obama spoke on behalf of Mr. Odinga at numerous rallies. In contrast, Mr. Obama had only criticism for Kibaki. He lashed out against the Kenyan government shortly after meeting with the president on Aug. 25. "The [Kenyan] people have to suffer over corruption perpetrated by government officials," Mr. Obama announced. "Kenyans are now yearning for change," he declared. The intent of Mr. Obama's remarks and actions was transparent to Kenyans - he was firmly behind Mr. Odinga.

Mr. Odinga and Mr. Obama had met several times before the 2006 trip. Reports indicate Mr. Odinga visited Mr. Obama during trips to the U.S. in 2004, 2005 and 2006. Mr. Obama sent his foreign policy adviser Mark Lippert to Kenya in early 2006 to coordinate his summer visit. Mr. Obama's August trip coincided with strategizing by Orange Democratic Movement leaders to defeat Mr. Kibaki in the upcoming elections. Mr. Odinga represented the ODM ticket in the presidential race.

Mr. Odinga and Mr. Obama's father were both from the Luo community, the second-largest tribe in Kenya, but their ties run much deeper. Mr. Odinga told a stunned BBC Radio interviewer the reason why he and Mr. Obama were staying in near daily telephone contact was because they were cousins. In a Jan. 8, 2008, interview, Mr. Odinga said Mr. Obama had called him twice the day before while campaigning in the New Hampshire primary before adding, "Barack Obama's father is my maternal uncle."

President Kibaki requested a meeting of all opposition leaders in early January in an effort to quell the violence. All agreed to attend except Mr. Odinga. A month later, Mr. Kibaki offered Mr. Odinga the role of prime minister, the de facto No. 2 in the Kenyan government, in return for an end to the attacks. Mr. Odinga was sworn in on April 17, 2008.

Mr. Obama's judgment is seriously called into question when he backs an official with troubling ties to Muslim extremists and whose supporters practice ethnic cleansing and genocide. It was Islamic extremists in Kenya who bombed the U.S. Embassy in 1998, killing more than 200 and injuring thousands. None of this has dissuaded Mr. Obama from maintaining disturbing loyalties.

*Mark Hyman is an award-winning news commentator for Sinclair Broadcast Group Inc.*

# EXHIBIT "2"

**ODM document**
January 20 2008 at 4:26 PM

P M.

# INTERNAL MEMO

**FROM**: **SHAKEEL SHABBIR** (CAMPAIGN RESOURCES ACCOUNTING SECTION)

**TO: HON. O. MAGARA** (NATIONAL TREASURER)

**SUBJECT**: CONSOLIDATED STATEMENT OFF CAMPAIGN FINANCIAL ACTIVITIES

**DATE**: 9TH NOVEMBER 2007

**INCOMING RESOURCES**
**(DONATION CONVERTED TO KSHS)**

| FROM | AMOUNT |
|---|---|
| Mr C Njonjo | 25,000,000 |
| CMC Motors Grp | 20,000,000 |
| CFC Bank | 5,000,000 |
| Landrover Group Limited (UK) | 55,000,000 |
| JIAM | 25,000,000 |
| Pastor Gilbert Deya | 20,000,000 |
| Gilbert Deya Congregation (UK | 10,500,000 |
| Mr  James Ongwae | 3,500,000 |
| Mr Bosco Gichana | 12,000,000 |
| Mr S Osamba (Dallas Tx) | 6,100,000 |
| Tata Tea | 50,000,000 |
| Tata Consultancy Service | 350,000 |
| Tata Motors | 35,000,000 |
| Dr Jane Konditi | 350,000 |
| Prof J Oduol | 300,000 |
| Mr AA Walji | 7,000,000 |
| Hon William Ole Ntimama | 5,000,000 |
| Mr Zackayo Cheruiyot | 4,500,000 |
| Mr Charles Onyancha | 300,000 |
| Brig (rtd) Alexanda Sitienei | 225,000 |
| Dick Morris Associates (pro bono services) | 21,335,000 |
| Dr S Kosgey | 2,500,000 |
| Kisumu Simba League | 21,750,000 |
| Dr P Otuoma | 250,000 |
| Mr S Murunga (Kimilili) | 8,500,000 |
| Tony Texeira | 21,500,000 |
| Mr S S  Sodi | 150,000 |
| Zubedi group | 20,000,000 |
| Colourprint (posters/caps) | 8,000,000 |
| Anura Pereira | 107,000,000 |
| J Okungu | 350,000 |
| Tony Buckingham | 6,000,000 |
| Col Ted Spicer | 17,000,000 |
| Mr J kulei | 39,000,000 |

Affidavit of Bishop Ron McRae                                                                                    6

| | |
|---|---|
| Kamani Family | 45,000,000 |
| GOSS | 12,500,000 |
| Friends of Senator BO | 66,000,000 |
| PK Pattni | 13,500,000 |
| United Business Association | 70,000,000 |
| Westlands Association | 12,800,000 |
| Mr P Oriare | 50,000 |
| Premier Club | 5,250,000 |
| Gymkhana Group | 5,150,000 |
| Ms Esther Passaris | 1,000,000 |
| Adopt-a-light (Advertising Support) | 20,000,000 |
| Seif-Al-Islam Gaddafi | 53,450,000 |
| Visa Oshwal Group | 10,200,000 |
| Nakumatt H | 26,000,000 |
| Hon Andrej Hermlin | 100,000 |
| Linkspartei (PDS) | 35,000,000 |
| Hon Mudavadi Family | 12,500,000 |
| Spectre International & Associates | 90,000,000 |
| Energem resources Inc | 52,500,000 |
| Sandline International | 10,000,000 |
| Hon N Balala Family | 8,000,000 |
| Hon William Ruto | 10,000,000 |
| Mr D Berg | 1,500,000 |
| Hon Henry Kosgey & Friends | 20,000,000 |
| HE O Obasanjo | 25,000,000 |
| Mr S Mwaita | 1,000,000 |
| SA Support Group (M Otieno) | 25,000,000 |
| DRC Support Group | 22,000,000 |
| Hon O Kajwang | 50,000  Chq RTD |
| Hon J Nyagah | 3,500,000 |
| Mr J Kaikai | 500,000 |
| SDP | 1,800,000 |
| CHAPS | 650,000 |
| GCP  (America) | 154,000,000 |
| Nganga Petroleum | 1,500,000 |
| Hon Eng Nyamunga | 100,000 |
| GM | 2,000,000 |
| KASS FM | 400,000 |

INCOMING RESOURCES
(NOMINATION FEES)

| | |
|---|---|
| Parliamentary Application Fees | 295,000,000 |
| Civic Application Fees | 86,000,000 |

INCOMING RESOURCES
(VARIOUS SOURCES)

| | |
|---|---|
| Dinner Launches Presentations | 13,000,000 |
| Merchandise sales | 4,300,000 |

| | |
|---|---|
| **TOTAL INCOMING RESOURCES** | **1,772,560,000** |

**RESOURCES EXPENDED**

| | |
|---|---|
| Fund Raising costs | 25,813,050 |
| Pre Nomination Rallies | 165,355,300 |
| Nominations (Personnel, Logistics, comm ) | 160,500,000 |
| Manifesto | 76,304,100 |
| Presidential Nominations | 54,000,120 |
| Equipment (Choppers, vehicles, etc) | 320,208,000 |
| Media Facilitation (Journalists) | 29,300,000 |
| Office Management & Overheads | 98,567,450 |
| Advertising | 335,235,575 |
| Merchandising | 75,5625,700 |
| Opinion Polls | 7,300,000 |
| Sewcurioty Operations and Personnel | 22,500,000 |
| Candidates Expenses (RO) | 148,187,000 |
| Pentagonm Allowances (Others) | 89,000,000 |
| Intelligenxce | 39,775,450 |
| General ICT | 26,350,000 |
| Propaganda | 68,545,000 |
| Trainning (Seminars & Conferences) | 23,020,000 |

| TOTAL; RESOURCES EXPENDED | 1,765,886,745 |
|---|---|
| BALANCE TO BE CARRIED FORWARD | 6,673,255 |

**Notes**

I have taken into account all the subscription/donations/expenditure notes surrendered to my section by the various arms of the 2007 ODM presidential campaign system.

Obviously, the money currently available cannot cover the campaign work still pending , and there is an urgent need for the Direcorate of Resource Mobilization to do more.

**Sh 9,435,200** is owed to various media houses which are now demanding upfront payment for all our advertising

We recommend that the candidate brings forward proposed trips to DRC, Dubai/Kuwait and Venezuela to ease current pressure

Also expedite fund raising at Coast, Kisumu, UK, and Sweden.

Core Strategy Team:

Prof Peter A Nyongo, Secretary General ODM
Prof Edward Oyugi Akongo
Prof Patrick Wanyande
Prof Larry Gumbe
Mr Adams Oloo

1       Purpose

1 0       To ensure that the Orange Democratic Movement (hereinafter referred to as "ODM")
remains united and focused through out the national presidential campaigns period

2 0     TO ensure that Hon Raila Amolo Odinga is elected the fourth president of the Republic of
Kenya in succession to the current President Mwai Kibaki

3.0    To ensure that Hon Raila Amolo Odinga secures an absolute majority of parliamentary seats
in the tenth parliament to facilitate the ease of the intended constitutional reform.

2 Preamble

2.0        The just conclude ODM Presidential nominations have ended the speculation and
competition within the ODM ranks with Hon. Raila Amolo Odinga (hereinafter referred to as
the Candidate") emerging as the Party's presidential torch bearer. The enthusiasm and
overacting support extended towards the Candidate have debunked the myth that

a     As a member of the Luo community Hon Raila Odinga is not electable to the
presidency in Kenya

This document is intended to provide the conceptual guidelines and roadmap for the
periods leading up to the presidential elections set for December 2007  This document
notes the challenges and obstacles likely to confront the Candidate  These include

- Hon Kalonzo Musyoka's potential to play spoiler

- The involvement role of ex-President Daniel arap Moi, his financial resources
country-wide political network, experience and strong following in the Rift Valley.

- Kibakis incumbency  and track record

- The financial muscle of the Mt Kenya elite and their potential to play rough and
dirty.

The following pages outline a strategy for overcoming the odds and delivering the presidency to
Hon Raila Odinga and ODM in the December elections

## Strengths

- ✓ Hon Raila is charismatic and ambitious

- ✓ Kenyans appreciate him as a fearless crusader for truth, justice and democracy

- ✓ Has no publicly debated allegations of corruption

- ✓ Great crowd puller/mobiliser/entertainer

- ✓ Descends from a legendary family

- ✓ 100% devoted following of the Luo community

- ✓ Recognized as the individual best credited with the incumbent election to President in 2002

- ✓ Won the 2005 Constitution Referendum

- ✓ Anchored by tribal chiefs with the potential to draw multi-regional support

## Weaknesses

- ▪ Limited understanding on economic matters

- ▪ Has been faulted as having exhibited a knack for political party relationship nomadism

- ▪ Association with Communism
  - Potential for linkage to the underdevelopment in Nyanza

- ▪ The 1982 coup

- ▪ Acrimonious parting of ways with Wamalwa Kijana (Luhya Western) Moi (Kalenjin, Rift Valley) Kibaki (Gema, Mt Kenya region) and Kalonzo (Kamba , Eastern)

- ▪ Matters surrounding corruption allegations related to the molasses plant, Kisumu and implications of corruption as alleged by the Ndungu Report

## Opportunities

- ✓ Pin down Mwai Kibaki on his 2002 promise to be a one term president

- ✓ Capitalize on matters related to the dishonoured MoU of 2002

- ✓ Take advantage of Mwai Kibakis' Laziness and laidback attitude

- ✓ Exploit anti-Kikuyu sentiments

- ✓ Leverage the vulnerability of the Kibaki administration responses to corruption matters as the Anglo-leasing and Goldenberg scandal. Seize this opportunity to confront him with a powerful anti-corruption campaign message

- ✓ Ditto the £130b stashed away by Kanu leaders

Affidavit of Bishop Ron McRae                                                            10

✓ Artur brothers and their raid to the Standard Group

Threats

- The Candidates religion and perceived state of religiosity

- The public's perception of the candidate's Communism

- Kibera in his Langata constituency is the least developed and most volatile area of Nairobi

- Damage incurred from Hon Ruto's recorded statements on the Candidates unelectability

- The Candidates potential for ad-hoc and imrpovised statements

DEDUCTION

Based on the above SWOT

a       the Candidate's Strengths and Opportunities significantly outweigh his weaknesses.

b       The Candidates/Party popularity is imminent should we recreate and maintain the euphoria achieved during the 2005 Constitutional Referendum and in the last General Election.

RECOMMENDED ACTION PLAN

I       The Grand Entrance

As earlier agreed in order that our candidate campaigns commence with impact, it is necessary that he exit Kenya to lay foundation for a grand home coming similar to Matibas in 1992 and Kibakis in 2002 Whereas the party has identified areas such as Nigeria and Middle East as regions of interest, it is recommended that the Candidate focus on Europe and the United States where Diaspora is active) for this purpose. A lengthy absence will starve the country of Hon Raila and stimulate an outpouring of adoration that will take us to victory

II       Kikuyu Alienation

Owing to this strategy's success during the 2005 referendum, it is the party's position it should be utilized once more for the General Election. There is overwhelming feeling among the non-Gema communities that the Kikuyu are selfish bigots dedicated to a tribal hegemony who will never share the spoils of government with other communities Underpinning this strategy is the blessing that ODM campaign has able pointmen in Mudavadi, Ruto, Balala and Ntimama who can efficiently galvanize their respective communities around the anti-kikuyu initiative. Concurrently, every effort must be made to undermine Kalonzo in order to prevent him from emerging as an alternative avenue for anti-kikuyu sentiment. In this regard, particular caution should be placed on regions such as RVP where Kalonzo has the potential of attracting some of our votes Anti-Kikuyuism must be reinforced with promises of jobs and economic gains to key players from every community supporting this initiative

The Class Issue

It is possible to trigger a class war by painting the Kibaki Government as an insensitive, uncaring group of Muthaiga Golf clubbers. Available research also suggests that this strategy could also resonate with poor kikuyu youth who feel economically marginalized by their own government. As part of this strategy the party should seek to elevate the emotions within all youth constituents who may it successful, be willing to vote for us in the protest. Visible signs of class disparity will provide important fodder for this theme

Pro-West

It is absolutely essential that through out this campaign, Raila remain aligned to the Western Countries (such as the United States) in order to take advantage of the deteriorating relationship between them and Kibaki. ODM can expect both financial and political support particularly from the United States

Pull All Plugs

Affidavit of Bishop Ron McRae                12

This being the contest of a lifetime, the party should employ all available means to ensure a victory. Subterranean campaigns will therefore form a critical component of our activities. Corruption in the Kibaki Government, the mess of Kibakis domestic situation and the soap opera of the Artur brothers provide ready material for this war.

The Media
Since 2005, the Orange team has maintained intimate contacts across all media  Even though a number of senior media managers are active in our campaigns, we should establish strongest Media Centre possible, manned by local and international experts. Indeed, we must approach this issue with the understanding that victory in the media war could very well mean victory at the polls.

Identify the Fixers.
There is no doubt that the key regional point men are invaluable to this campaign as without them the whole thing could tumble. In order\ to insulate the candidate from attacks on his person, not all advertising and campaign efforts should be focused on him. At the same time, all possible efforts should be used to retain discipline among the party leadership, including reminding them of their vulnerability.

Funding
Tap into pledged funding from external donors including Federal Republic of Nigeria, Germany, the United Arab Emirates, South Africa, Libya, The Democratic Republic of Congo as well as individual /institutional caucuses such as GTZ network, Cyril Ramaphosa, the Deya Ministries and US Republicans among others.

Below is the schedule of activities that will lead to the implementation of our strategy

Strategy
Rationale
How to Activate
When to Activate
Action By


The Anti-Kikuyu crusade
1  This is an important wedge issue  It will help galvanise the rest of the country against a common enemy and set the overall theme of our campaign
1  Mass media (allusion to predominance of Kikuyus in public service and business
2. Public Rallies

3   Leaflets

4 Viral e-mail and SMS
Through out the campaign period, heightened activities three weeks before elections
All members  R.O  to lead the execution of this strategy


Uhuru Kenyatta as Kibakis Choice for 2012
1.     1. Accentuate the anti-Kikuyu sentiments.
        2. Cause unease within PNU ranks
        3 Attract Luhya vote by eliminating the belief that there will be a Luhya successor
        4. Communicate the intention to retain power within a select group of  prominent political families
           (Kenyatta, Moi, Kibaki)
                1   Speculative newspaper articles /opeds

                2.   Public pronouncements at all campaign rallies
Affidavit of Bishop Ron McRae                                                          14

3. Blogs/web forums

4. Leaflets, with special focus on Western Kenya and RVP

Immediately, with heightened media activities end of November
1. Kipkoech Tanui & Okech Kendo.
2. R O


Majimbo

5.    Majimbo present the promise to the electorate that they will retain their resources at the exclusion of foreigners particularly the Kikuyu, Akamba and the Indians. It is particularly important in galvanising the Coastal vote.
   1. Public Rallies in RVP Western and Coast
   2. Op-Ed columns in the mainstream media
   3 TV/FM radio call in shows
   4. Public forums such as workshops with high profile personalities such as Ghai.
   5.
Immediate heightened activities sin December
     Ruto to lead campaign team


Corruption

Branding the opponent as irredeemably corrupt will provide diversionary salvos and a campaign theme worth pursuing through out the electioneering period.
   1.    Press conferences, themed under specific premises such as Telkom and Safaricom sale.
   2.    TV, Radio, Billboard advertising.
   3.    Newspaper articles, radio and TV talkshows
   4.    Campaign Rallies
   5    Viral email, Mashada Blogs, You tube and SmS
Through out the campaign period with heightened activities in NOV/DEC
All RO to provide core leadership.


The Githongo Dossier

Githongo has so far provided the most important ammunition in branding the opponent as irredeemably corrupt. He still is capable of killer blow
Release more incriminating recordings from his time in Government
10 days before elections
J Odindo to provide Nation forum.

R.O. to release material already in custody


The Artur Brothers

6    This Saga presents unending opportunities to embarrass the Kibaki team
     Induce brothers to release their long awaited book at the right moment  Our media partners are waiting to serialize the contents.
Two weeks before the elections
     R.O

The age issue
Our core supporters are essentially young people whoa re angry about the domination of Kibaki
politics by frail septuagenarians.
Billboards and leaflets ridiculing the old people ın the Kibaki team; contrast this with billboards of
Hon Raila with young people- the promise of a buoyant future.
immediately
Communication team


Rigging
1. Prepare ground for rejection of
1. Press conferences
Oct/Nov/ Dec
All

Unfavourable results 2.Increase interest in monitoring activities to ensure no rigging happens
3. Deflect attention from ourselves should opportunities be available to manipulate voter turnout in our green areas

2   Op-Ed Columns

3.   TV/FM radio call-in shows

4.   Petitions to embassies and ODM- friendly NGOs'

5.   Public Rallies

Ethnic Tensions/Violence as a last
Resort
To discourage voter participation in hostile areas

1.   Continue pro-Majimbo utterances

2.   Use ODM agents on the ground to engineer ethnic tensions in target areas

3.   Support Kapondi's forces in Mt. Elgon

4.   Leaflets targeting the Kikuyus, Kisiis, etc
Mid-Dec
Bring Alexanda Sitienei

**Respond to this message**

Current Topic - **ODM document**

**<< Previous Topic | Next Topic >>**

**Return to Index**

## Additional Locations & References to the ODM Internal Memo

ODM Financial Disclosure from Internal Memo Published on API network site:
http://africanpress.wordpress.com/2007/12/30/organizations-and-persons-funding-odm/

« CHALLENGES AFTER ELECTIONS - Kenya
The Re-birth of a Nation »

## *Organizations and persons funding ODM*

Posted by africanpress on December 30, 2007

Following extreme pressure by our readers and comments doubting the authenticity of a
confidential dossier on the source of funding for the Orange Democratic Movement
(ODM) we publish in full the entire list and their specific contribution..we will publish
the list as it is including the abbreviations - For the record we stand by every bit of our
publications and challenge anyone named to face this site in court for we have to the
letter evidence on more than 20 organizations / individuals named.
INTERNAL MEMO
FROM: SHAKEEL SHABBIR (CAMPAIGN RESOURCES ACCOUNTING
SECTION)
TO: HON.O.MAGARA (NATIONAL TREASURER)
SUBJECT: CONSOLIDATED STATEMENT OF CAMPAIGN FINANCIAL
ACTIVITIES
DATE: 9TH NOVEMBER 2007
1. Mr. C.Njonjo - 25,000,000
2.CMC Motors Grp- 20,000,000
3.CFC Bank 5,000,000
4. Land Rover Group Limited 55,000,000
5. JIAM 25,000,000
6. Pastor Gilbert Deya 20,000,000
7. Gilbert Deya Congregation (UK) 10,500,000
8. Mr.James Ongwae 3,500,000
9.Mr.Bosco Gichana 12,000,000
10. Mr.S.Osamba (Dallas Tx) 6,100,000
11. Tata Tea 50,000,000
12. Tata Consultancy Services 350,000
13.Tata Motors 35,000,000
14. Dr. Jane Konditi 250,000
15.Prof. J.Odoul 300,000
16. Mr.AA Walji 7,000,000
17.Hon.William Ole Ntimama 5,000,000
18. Mr.Zakayo Cheruiyot 4,500,000
19.Mr.Charles Onyancha 300,000
20.Brig. (rtd) Alexander Sitenei 225,000
21. Dick Morris Associates (pro bono services)21,335,000
22.Dr.S.Kosgey 2,500,000
23.Kisumu Simba League 21,750,000

24.Dr.P.Otuoma 250,000
25. Mr. S.Murunga (Kimilili) 8,500,000
26.Tony Texeira 21, 500,000
27. Mr. SS Sodi 150,000
28. Zubedi Group 20,000,000
29. Colourprint (Posters /Caps) 8,000,000
30. Anura Pereira 107, 000, 000
31. J.Okungu 350,000
32. Tony Buckingham 6,000,000
33.Col Tony Spicer 17,000,000
34. Mr.J.Kulei 39,000,000
35..Kamani Family 45,000,000
36.GOSS 12,500,000
37. Friends of Senator BO 66,00,000
38.P.K. Pattni 13,500,000
39.United Business Association 70,000,000
40.Westlands Association 12,800,000
41.Mr.P.Oriare 50,000
42.Premier club group 5,250,000
43.Gymkhana Group 5,150,000
44. Ms Esther Passaris 1,000,000
45. Adopt-a-light (advertising support) 20,000,000
46.Seifal-Islam Gaddafi 53,450,000
47. Visa Oshwal Group 10,200,000
48.Nakumatt H 26,000,000
49.Herr.Andrej Hermlin 100,000
50.Die Linkspartei (PDS) 35,000,000
51.Hon.Mudavadi Family 12,500,000
52. Spectre International & Associates 90,000,000
53. Energem Resourses Inc 52,500,000
54.Sandline International 10,000,000
55.Hon.Balala Family 8,000,000
56.Hon.William Ruto 10,000,000
57.Mr.D. Berg 1,500,000
58.Hon.Henry Kosgey & Friends 20,000,000
59. H.E.Obasanjo 25,000,000
60.Mr.S.Mwaita 1,000,000
61. S.A.Support group (M.Otieno) 25,000,000
62.DRC Support group 50,000 Chq RTD
63.Hon.O.Kajwang 3,500,000
64. Hon. J.Nyagah 3,500,000
65. Mr. L. Kaikai 500,000
66.SDP 1,800,000
67.NARC 650,000
68. GOP (America) 154,000,000
69.Nyanza Petroleum 1,500,000
70.Hon. Eng. Nyamunga 100,000

71. GM 2, 000,000
72. KASS FM 400,000
INCOMING RESOURCES
(NOMINATION FEES)
Parliamentary application Fees 295,000,000
Civic application fees 86,000,000
INCOMING RESOURCES
(VARIOUS SOURCES)
Dinners, Launches, Presentations 13,000,000
Merchandise Sales 4,300,000
TOTAL INCOMING RESOURCES 1,772,560,000

*Posted by Garuka Njuguna - UK*
*Published by API/APN africanpress@chello.no*
To view this item online, visit http://www.worldnetdaily.com/index.php?pageId=78035

**World Daily**

Saturday, October 25, 2008
**WorldNetDaily Exclusive**

# Obama raised $1 million for foreign thug's election

Democrat joined Libya's Gadhafi among top contributors to Odinga

Posted: October 14, 2008
9:27 pm Eastern

By Jerome R. Corsi
WorldNetDaily

Raila Odinga

NEW YORK – Sen. Barack Obama, with a donation of nearly $1 million, and a son of Libyan dictator Muammar Gadhafi were among the biggest contributors to the presidential campaign of controversial Kenyan leader Raila Odinga, according to an <u>internal document obtained by WND</u>.

The memo was prepared by the head of Odinga's campaign finance accounting section, Shakeel Shabbir, as an official report delivered to the national treasurer for Odinga's Orange Democratic Movement party, or ODM.

Among the 72 individuals and organizations that contributed money to Odinga's 2007 presidential run in Kenya, Shabbir lists "Friends of Senator B.O." as having donated 66,000,000 Kenyan schillings, about $950,000.

Saif el-Islam Gadhafi, the Libyan strongman's second oldest son, reportedly donated 53,450,000 Kenyan schillings, about $765,000.

According to several highly credible ex-ODM sources WND interviewed in Kenya, the $950,000 raised for Odinga's campaign came from a series of private meetings arranged for Odinga by Mark Lippert, a foreign policy adviser in Obama's U.S. Senate office. The meetings with top-dollar Obama fundraisers and donors took place during Odinga's 2006 trip to the U.S.

*(Story continues below)*

In Kenya, WND talked to several top ex-ODM officials who played key roles in Odinga's 2007 presidential campaign.

The officials became disaffected with Odinga after confirming he signed a memorandum of understanding with Sheik Abdullahi Abdi, the chairman of the National Muslim Leaders Forum, or NAMLEF. In the Aug, 27, 2007, agreement, Odinga promised that within six months of becoming

president, he would "rewrite the Constitution of Kenya to recognize Shariah as the only true law sanctioned by the Holy Quran for Muslim declared religions."

The ex-Odinga officials also told WND that, as Christians, they were appalled to see Odinga use tribal violence as a strategy to gain power after he lost the election by some 250,000 votes to sitting President Mwai Kibaki, a member of Kenya's majority Kikuyu tribe.

Odinga called on fellow Luo tribal members to protest alleged voter fraud, resulting in a brutal wave of machete-wielding violence that killed an estimated 1,000 members of the Kikuyu tribe in January and February. Some 800 Christian churches also were destroyed or burned to the ground, without a single mosque being damaged.

Get the book that started it all – Jerome Corsi's "The Obama Nation," personally autographed – for only $4.95, available today, but only from WND!

In a move to end the post-election violence, Kibaki named Odinga as prime minister April 13, effectively entering into a power-sharing agreement brokered by former U.N. General Secretary Kofi Annan and U.S. Secretary of State Condoleezza Rice that established Odinga as a co-equal head of state.

WND contacted both Obama's Washington Senate office and his Chicago campaign office asking for comment on this story but received no response.

**Odinga-Gadhafi alliance**

The ex-ODM supporters of Odinga also confirmed a long-suspected alliance between Odinga and Gadhafi that dates back to Odinga's service as Kenyan minister of energy in 2001-2002.

Shakeel Shabbir's internal campaign finance memorandum was noted in Chapter 4 of "The Obama Nation: Leftist Politics and the Cult of Personality." At the time the book was published, however, the authenticity of the memo could not be proved.

Research conducted in Kenya by WND this month confirmed Shabbir's funding memorandum had been smuggled out of ODM offices by Christian former-ODM officials who had turned on Odinga after the agreement with the Muslim leader was verified.

While several Internet sources posting the Shabbir memo have been taken down since publication of "The Obama Nation" brought it to international attention, it can still be seen here.

As energy minister, Odinga was introduced to the family of Sheik Abdulkadir Al-Bakri, one of the richest oil families in Saudi Arabia. Through his firm Pan African Petroleum Limited, Odinga is believed to have made millions on a concessionary petroleum deal he negotiated as a silent partner in the local arm of Al-Bakri International.

The Washington Times reported Odinga visited Obama during three trips the Kenyan politician made to the U.S. in 2004, 2005 and 2006.

The Times also reported Obama sent his Senate office foreign policy adviser Lippert to Kenya in early 2006 to coordinate a Senate "fact-finding" visit to Kenya later that year.

WND previously published a story referencing a copy of a private Dec. 22, 2006, e-mail in which Obama personally informed Odinga that "all our correspondence [be] handled by Mr. Mark Lippert."

Obama apparently sought to establish a level of separation between himself and Odinga in their communications regarding the Kenyan election, noting further in the e-mail, using Lippert as a go-between "will be for my own security now and in future."

WND previously reported that when Obama visited Kenya in 2006, the administration of President Kibaki objected that Odinga was using Obama's visit to win votes. Obama's repeated public appearances with Odinga, and the senator's almost daily criticism of the Kibaki government added to the administration's objections.

A report by Chicago's WBBM-TV news team, which covered Obama in Kenya, shows the senator making statements critical of the Kibaki government.

WBBM interviewed on camera Kenyan government spokesman Alfred Mutua, who accused Obama of meddling inappropriately in Kenyan presidential politics.

Matua said, "I think Odinga has to look at critically where he is receiving his advice from. Just because somebody wants to run for president, and he is using Senator Obama as his stooge, as his puppet, to be able to get where he wants to get."

WND met with key officials in the Kibaki administration who affirmed their continuing conviction Obama used his 2006 Senate fact-finding visit to Kenya to advance Odinga's presidential candidacy. Obama, the officials charged, allowed Odinga to join him in many public appearances in Kenya and give speeches attacking Kibaki with themes that later became key attacks in the 2007 campaign.

Obama maintained close contact with Odinga throughout the Kenyan campaign, with Lippert continuing to review and share strategy documents with Odinga from Obama's U.S. Senate office in Washington, according to the ex-ODM officials WND interviewed in Kenya.

In the final days of the New Hampshire Democratic Party primary, while the post-election violence was still raging in Kenya, Obama told reporters from the BBC he continued to maintain contact with Odinga in Kenya by cell phone.

The Chicago Sun-Times called Lippert one of Obama's "inner circle of foreign policy experts," noting Lippert joined the Illinois Democrat's Senate office in Washington at beginning of his term in January 2004, moving over from a staff position on the Senate Foreign Relations Committee.

Newsweek reported Lippert, a lieutenant junior grade in the Naval Reserve with an intelligence background, also served a year's deployment in Iraq.

Lippert also worked for five years with the Senate Appropriations Committee Foreign Operations Subcommittee and handled foreign policy and defense issues for the Senate Democratic Policy Committee, according to the Sun-Times.


*For media wishing to interview Jerome Corsi, please* e-mail Tim Bueler.

# EXHIBIT "3"

# EXHIBIT "4"

# -----Original Message-----

From: Kweli Shuhubia [mailto:kwelishuhubia@yahoo.com] (Name temp.changed)
Sent: Friday, October 17, 2008 9:13 AM
To: BishopMcRae@theanabaptistschurch.com
Cc: Bishopgeorgecalvas@theanabaptistschurch.com
Subject: Re: OBAMA'S GRANDMOTHER-SARAH SPEAKS AT HER HOME.

Dear Brother Ron,
From our visit to the home of Sarah Obama,the grandmother of Barack
Obama,the U.S Presidential candidate yesterday[16-10-2008] the home is
flooded with people who are in a celebratory mood over Obamas success
story,waiting to be the first black American president.
The home is fully guarded by the Kenyan Police.
As I enter the house and engage the grandmother in deep conversation via a
dholuo translater,a heavy presence of fear is on the old womans face as she
labours to explain facts surrounding Obama's birth.
Her grandsons and other relatives who surround her come in quickly to help
her set the contentious birth records,that Obama was born in Hawaii and not
in Mombasa,Kenya.The atmosphere in the house becomes tense,I then change
tact,reassured them that all is well and prayed.
It was then that I began to take photos of her,her grandsons and other
relatives that I informed them that I have a great friend,a man of God who
would like to greet them over the phone.I called bishop Ron MCrae,who
requested that I switch on the phone's loudspeaker for all to hear;
After greeting Sarah Obama,bishop Ron frankly asked the question:
"Were you present when your grandson-Barrack Obama was born in Mombasa
Kenya? She replied "YES."
This question was asked again and the same answer was given.
It was then that one of the relative,sternly corrected her and told Ron that
Obama was born in HAWAII AMERICA AND NOT MOMBASA KENYA.

-----Original Message-----
From: Kweli Shuhubia [mailto:Kweli.Shuhubia@yahoo.com]
Sent: Friday, October 17, 2008 10:08 AM
To: Bishopmcrae@theanabaptistschurch.com
Subject: OBAMA SEARCH

Dear brother Ron,
The search continues.
Iam still in Kisumu City compiling data and reports from my secret contacts.
The whole operation is tough,given its political nature and bearing.
The political world operates on influence and money and both are needed for
this assignment.
From what his brother in Huruma-Nairobi, says verbally,he refused 2000U.S
Dollars from Dr.Jerome Corsi,a white American,who wanted to bribe him to get
the same information but was immediately deported on [7-10-2008] by the
Kenyan Government.According to him if we can raise ten times that amount
then he is willing to help.

-----Original Message-----
From: Kweli Shuhubia [mailto:kwelishuhubia@yahoo.com]
Sent: Wednesday, October 22, 2008 5:16 AM
To: BishopMcRae@theanabaptistschurch.com
Cc: gcalvas@theanabaptistschurch.com
Subject: RE: OBAMA'S


Dear Brother Ron,
Did you get the photos I sent to you yesterday?
The search at Mombasa provincial Civil Registrar of Persons has been rather
slow because it is manual and risky.
One of the Officials I had engaged to search worked tirelessly from morning
to evening and confided that the file of ANN DUNHAM-The mother of Obama is
missing,the files mixed up.The search continues secretly.
I have just had an interview with the highest official, the Principal
Registrar in person and he told me openly that Obama's file is classified
and profiled.That simpy means that the issue is top secret and should I want
information I should go to the Attorney General's Office and to the Minister
In Charge of Immigration.He exppressed his fears and told me the risks to
his job and life are too high and he does not want to be another Dr.Jerome
Corsi-the anti-Obama American who was deported by the Kenyan Government.
E-mail me immediately,let me get the next course of action.
There are financial issues I raised yesterday that need your action.This is
the third day in Mombasa City and it is damn expensive in all areas.

# EXHIBIT "5"

**From AT&T Monthly Statement of Calls:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | WED | 10/15/2008 | 8:18PM | 814-629-5423 | BOSWELL PA | 1 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 11 | THU | 10/16/2008 | 10:33AM | 254726▮ | INCOMING CL | 1 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 12 | THU | 10/16/2008 | 10:35AM | 254726▮ | INCOMING CL | 1 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 3 | THU | 10/16/2008 | 10:40AM | 254726▮ | KENYA ** | 15 | RM30 DT | | 0.00 | 12.32 | 12.32 |
| 14 | THU | 10/16/2008 | 10:54AM | 610-662-3005 | BALACYNWY PA | 2 | ESM1 DT M2MC | | 0.00 | 0.00 | 0.00 |
| 15 | THU | 10/16/2008 | 10:56AM | 610-825-3134 | CONSHOHCK PA | 10 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 16 | THU | 10/16/2008 | 11:17AM | 313-418-6959 | DETROIT MI | 1 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 7 | THU | 10/16/2008 | 11:18AM | 313-418-6959 | DETROIT MI | 16 | RM30 DT | | 0.00 | 0.00 | 0.00 |
| 8 | THU | 10/16/2008 | 11:33AM | 254726▮ | KENYA ** | 2 | RM30 DT | | 0.00 | 1.76 | 1.76 |
| 9 | THU | 10/16/2008 | 12:37PM | 254726▮ | KENYA ** | 2 | RM30 DT | | 0.00 | 1.76 | 1.76 |
| 20 | THU | 10/16/2008 | 12:41PM | 814-242-9409 | VMAIL CL | 1 | RM30 DT VM | | 0.00 | 0.00 | 0.00 |
| 1 | THU | 10/16/2008 | 12:42PM | 254726▮ | KENYA ** | 10 | RM30 DT | | 0.00 | 8.80 | 8.80 |

* Last digits of Kweli Shuhubia's phone number is blanked in order to protect his identity and safety.

# EXHIBIT "6"

Thursday, October 16, 2008
Time: 10:40 a.m.

NOTATION: Mr. Shuhudia called me first on October 16th at 10:33a.m. and advised that he was with Sarah Hussein Obama and that she wanted to speak with me, but the connection was lost. He called me right back at 10:35a.m. and he informed me that there were several hundred people present, celebrating Obama's success. I questioned him about the format of the phone call and conversation with Ms. Obama, and then informed him that I would call him right back, so it would not cost him international charges for the call. I called back at 10:40a.m. and public music and voices could be heard that were gathered around Kweli Shuhudia. I then spoke with him and requested that they utilize the speaker phone so everyone could hear. The speaker phone with its open microphone was utilized with Mr. Kweli Shuhudia, Mr. Vitalis Akech Ogombe assisting in the translation work and Ms. Sarah Hussein, along with several hundred people including policeman present and listening to the open conversation between the four of us for approximately 15 minutes. A third unknown party can be heard periodically interjecting both Swahili and English words in the public discussion and conversation between the four of us. At times the room noise from other peoples' voices makes some of the swahili difficult to hear, and towards the end of the converstaion several men's voices are heard that are not identified.

**From AT&T Monthly Statement of Calls:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | WED | 10/15/2008 | 8:18PM | 814-629-5423 | BOSWELL PA | 1 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 11 | THU | 10/16/2008 | 10:33AM | 254726█ | INCOMING CL | 1 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 12 | THU | 10/16/2008 | 10:35AM | 254726█ | INCOMING CL | 1 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 3 | THU | 10/16/2008 | 10:40AM | 254726█ | KENYA ** | 15 | RM30 | DT | | 0.00 | 12.32 | 12.32 |
| 14 | THU | 10/16/2008 | 10:54AM | 610-662-3005 | BALACYNWY PA | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 15 | THU | 10/16/2008 | 10:56AM | 610-825-3134 | CONSHOHCK PA | 10 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 16 | THU | 10/16/2008 | 11:17AM | 313-418-6959 | DETROIT MI | 1 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 7 | THU | 10/16/2008 | 11:18AM | 313-418-6959 | DETROIT MI | 16 | RM30 | DT | | 0.00 | 0.00 | 0.00 |
| 8 | THU | 10/16/2008 | 11:33AM | 254726█ | KENYA ** | 2 | RM30 | DT | | 0.00 | 1.76 | 1.76 |
| 9 | THU | 10/16/2008 | 12:37PM | 254726█ | KENYA ** | 2 | RM30 | DT | | 0.00 | 1.76 | 1.76 |
| 20 | THU | 10/16/2008 | 12:41PM | 814-242-9409 | VMAIL CL | 1 | RM30 | DT VM | | 0.00 | 0.00 | 0.00 |
| 1 | THU | 10/16/2008 | 12:42PM | 254726█ | KENYA ** | 10 | RM30 | DT | | 0.00 | 8.80 | 8.80 |

Transcript:

Two Rings:

Kweli Shuhudia: Hello? [Back ground music]

Ron McRae: Brother Kweli? [music] Brother Kweli? This is Brother McRae.

Kweli Shuhudia: Yes.

Ron McRae: Okay. How are you today?

Kweli Shuhudia: Now. We are okay. How are you?

Ron McRae: I'm doing very well. You said you are there with, uh, Barack Obama's grandmother?

Kweli Shuhudia: Yes. I am just in the home now. She is right here. We're, we're waiting to talk in a uh long conversation. And [unitelligible] a good family and she is ready to talk.

Ron McRae: Good. She's not there at the present?

Kweli Shuhudia: Yes. She's here right now.

Ron McRae: Okay. Is it possible to speak to her?

Kweli Shuhudia: Yes. It is possible. I ah, along with her and her family, uh, you and me.

Ron McRae: Uh, is it possible for you to put her on the speaker phone and translate for me?

Kweli Shuhudia: Yes! Yes! I will do that.

Ron McRae: Okay.

Kweli Shuhudia: Yes?

Ron McRae: Okay.

Kweli Shuhudia: Yes. Go ahead [he then speaks to her in Swahili]

Sarah Obama: [Replies to him in Swahili]

Ron McRae: Ms. Obama?

Kweli Shuhudia: Yes go ahead.

Ron McRae: Mrs. Obama, my name is bishop Ron McRae.

Kweli Shuhudia: Ametaja bishop Ron McRae, Ron McRae. Go ahead.

Ron McRae: I am, I am the bishop of the Anabaptists Churches of North America.

Kweli Shuhudia: Yeye niaskofu Anabaptists makaisa.

Sarah Obama: Shikamooo! [Hello, good day].

Mr. Ogombe: Are you speaking English and , and we will tell her in Luo. Okay?

Ron McRae: Now give me that again. Explain it to me again.

Ogombe: It is welcome. She is very grateful for your interest.

Ron McRae: Okay. Thank you! Tell her I count it a great honor to speak to here since her son Barack Obama is running for President of the United States.

Ogombe: Eh makasema yuko kiuu mgomba Obama kwa mwenyekiti America. Yah, she says she is very helpful for got to you to please pray for Obama. She is asking you to pray for him. For Obama.

Ron McRae: Yes Sir. Uh…Ms. Obama, you can rest assured that I am praying for your son, for your grandson.

Ogombe: Yes. It is helpful also towards it is beginning to help.

Ron McRae: Okay.

Sarah Obama: [unitelligible from Ms. Obama because of room noise].

Ogombe: She says she is covet your prayers for he [unintelligible] her son.

Ron McRae: Okay. And tell her that I will be coming there in December and I would like to come by and meet with her and pray with her.

Ogombe: Yes. Ye atakuwa mwezi Desemba.

Kweli Shuhudia: In December. He will come in December and he wants to come and talk with you.

Sarah Obama: [unitelligible]

Ogombe: Oh she says you're so encourage her. Your coming in December so you can talk together with her.

Ron McRae: Amen. I am so thankful. Could I ask her, uh, about his, uh, his actual birthplace? I would like to see hi actual birthplace when I, when I come to Kenya in December. Uh, was she present when he was, was she present when he was born in Kenya?

Ogombe to Sarah Obama: Alikuma zalima Obama [unintelligible].

Kweli Shuhudia: He is asking her, he wants to know something was ah she present when he was born?

Ogombe: Yes. She says, "Yes she was! She was present when Obama was born."

Ron McRae: Okay.

**Exhibit "B"**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE | : |
| | : |
| *Plaintiff* | : |
| *vs.* | :CIVIL ACTION NO: 08-cv- 04083 |
| | : |
| BARACK HUSSEIN OBAMA, ET AL | : |
| | : |
| *Defendants* | : |

## AFFIDAVIT OF REVEREND KWELI SHUHUBIA

I, Kweli Shuhubia am over the age of eighteen (18) and not a party to the within action. If called to do so, I could and would competently testify under oath as follows

I am an ordained minister of the gospel of Jesus Christ and a native evangelist and translator for the Anabaptist churches in Kenya. I am the official Swahili translator for the annual Anabaptists Conference held each year in Africa, working with the American bishops sitting upon the Continental Presbytery of the Anabaptists Churches of Africa. I am fluent in Swahili and in English. I am a former teacher in Kenya, and travel extensively in the ministries of the Anabaptists Churches of Africa throughout Kenya, Uganda and the Sudan.

It is common knowledge throughout the Christian and Muslim communities in Kenya that Barack Hussein Obama, Jr., the United States Presidential candidate, was born in Mombosa Kenya. Senator Obama's grandmother still resides in the village of Alego-Kogello, approximately 37 miles from Kisumu City. On October 16, 2008 I went to interview Ms. Sarah Obama at her home. Ms. Obama's home was flooded with people who were celebrating Senator Obama's success story. Ms. Obama's home was heavily

guarded by Kenya Police. Prior to the interview with Ms. Obama, I took pictures of Ms. Obama, her grandson who was present and other family members.

During my interview of Sarah Obama; I called Bishop Ron McRae in the United States from my mobile number. I advised Bishop McRae that I was present with Ms. Obama in her home, and wished for him to speak with her. Bishop McRae informed me he would call me right back, to avoid the international costs on my personal mobile phone. Bishop McRae subsequently called me back; Bishop McRae requested permission to electronically record his telephone conversations with Ms. Obama, to which I agreed.

Due to bad telephone connections Bishop McRae had to call me back three [3] times, before we were able to continue our conversation. The telephone interview conducted by Bishop McRae was conducted on loud speaker (speaker phone). During the interview conversation, one of Ms. Obama's grandsons's and myself acted as Swahili translators, and as Bishop McRae talked to and questioned Ms. Obama, we would translate what Bishop McRae said to Ms. Obama in Swahili, and then we would translate her Swahili responses to Bishop McRae in English. Ms. Obama can fluently speak Swahili in her native dialect, but cannot read or write.

Bishop McRae asked Ms. Obama specifically, "Were you present when your grandson Barack Obama was born in Kenya?" This was asked to her in translation twice, and both times she specifically replied, "Yes". It appeared Ms. Obama's relatives and her grandson, handling the translating,, had obviously been versed to counter such facts with the purported information from the American news media that Obama was born in Hawaii. Despite this, Ms. Sarah Hussein Obama was very adamant that her grandson, Senator Barack Hussein Obama, was born in Kenya, and that she was present and

witnessed his birth in Kenya, not the United States. When Ms. Obama's grandson attempted to counter his grandmother's clear responses to the question, verifying the birth of Senator Obama in Kenya, Bishop McRae asked her grandson, how she could be present at Barack Obama's birth if the Senator was born in Hawaii, but the grandson would not answer the question, instead he repeatedly tried to insert that, "No, No, No. He was born in the United States!" But during the conversation, Ms. Sarah Hussein Obama never changed her reply that she was in deed present when Senator Barack Obama was born in Kenya. A copy of the Tape transcript is attached hereto as **EXHIBIT "A"**.

I left Kisumu City and traveled to Mombosa, Kenya. I interviewed personnel at the hospital in which Senator Obama was born in Kenya. I then had meetings with the Provincial Civil Registrar. I learned there were records of Ann Dunham giving birth to Barack Hussein Obama, III in Mombosa, Kenya on August 4, 1961. I spoke directly with an Official, the Principal Registrar, who openly confirmed the birthing records of Senator Barack H. Obama, Jr. and his mother were present, however, the file on Barack H. Obama, Jr. was classified and profiled. The Official explained Barack Hussein Obama, Jr. birth in Kenya is top secret. I was further instructed to go to the Attorney General's Office and to the Minister in Charge of Immigration if I wanted further information

The above related facts are true and verifiable to the best of my personal knowledge before God Almighty, whose I am and whom I serve.

I declare under the penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Dated: October 30, 2008

Kweli Shuhubia
John 3:30/
Philippians 3:19-21, 29, 30

# EXHIBIT "A"

Transcript of Phone Conversation
With Kweli Shuhudia & Sarah Obama

Thursday, October 16, 2008
Time: 10:40 a.m.
      NOTATION: Mr. Shuhudia called me first on October 16th at 10:33a.m. and advised that he was with Sarah Hussein Obama and that she wanted to speak with me, but the connection was lost. He called me right back at 10:35a.m. and he informed me that there were several hundred people present, celebrating Obama's success. I questioned him about the format of the phone call and conversation with Ms. Obama, and then informed him that I would call him right back, so it would not cost him international charges for the call. I called back at 10:40a.m. and public music and voices could be heard that were gathered around Kweli Shuhudia. I then spoke with him and requested that they utilize the speaker phone so everyone could hear. The speaker phone with its open microphone was utilized with Mr. Kweli Shuhudia, Mr. Vitalis Akech Ogombe assisting in the translation work and Ms. Sarah Hussein, along with several hundred people including policeman present and listening to the open conversation between the four of us for approximately 15 minutes. A third unknown party can be heard periodically interjecting both Swahili and English words in the public discussion and conversation between the four of us. At times the room noise from other peoples' voices makes some of the swahili difficult to hear, and towards the end of the converstaion several men's voices are heard that are not identified.

**From AT&T Monthly Statement of Calls:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 110 | WED | 10/15/2008 | 8:18PM | 814-629-5423 | BOSWELL PA | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 111 | THU | 10/16/2008 | 10:33AM | 254726█████ | INCOMING CL | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 112 | THU | 10/16/2008 | 10:35AM | 254726█████ | INCOMING CL | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 113 | THU | 10/16/2008 | 10:40AM | 254726█████ | KENYA ** | 15 RM30 DT | 0.00 | 12.32 | 12.32 |
| 114 | THU | 10/16/2008 | 10:54AM | 610-662-3005 | BALACYNWY PA | 2 ESM1 DT M2MC | 0.00 | 0.00 | 0.00 |
| 115 | THU | 10/16/2008 | 10:56AM | 610-825-3134 | CONSHOHCK PA | 10 RM30 DT | 0.00 | 0.00 | 0.00 |
| 116 | THU | 10/16/2008 | 11:17AM | 313-418-6959 | DETROIT MI | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 117 | THU | 10/16/2008 | 11:18AM | 313-418-6959 | DETROIT MI | 16 RM30 DT | 0.00 | 0.00 | 0.00 |
| 118 | THU | 10/16/2008 | 11:33AM | 254726███ | KENYA ** | 2 RM30 DT | 0.00 | 1.76 | 1.76 |
| 119 | THU | 10/16/2008 | 12:37PM | 254726███ | KENYA ** | 2 RM30 DT | 0.00 | 1.76 | 1.76 |
| 120 | THU | 10/16/2008 | 12:41PM | 814-242-9409 | VMAIL CL | 1 RM30 DT VM | 0.00 | 0.00 | 0.00 |
| 121 | THU | 10/16/2008 | 12:42PM | 254726███ | KENYA ** | 10 RM30 DT | 0.00 | 8.80 | 8.80 |

Transcript:

Two Rings:

Kweli Shuhudia: Hello? [Back ground music]

Ron McRae: Brother Kweli? [music] Brother Kweli? This is Brother McRae.

Kweli Shuhudia: Yes.

Ron McRae: Okay. How are you today?

Kweli Shuhudia: Now. We are okay. How are you?

Ron McRae: I'm doing very well. You said you are there with, uh, Barack Obama's grandmother?

Kweli Shuhudia: Yes. I am just in the home now. She is right here. We're, we're waiting to talk in a uh long conversation. And [unitelligible] a good family and she is ready to talk.

Ron McRae: Good. She's not there at the present?

Kweli Shuhudia: Yes. She's here right now.

Ron McRae: Okay. Is it possible to speak to her?

Kweli Shuhudia: Yes. It is possible. I ah, along with her and her family, uh, you and me.

Ron McRae: Uh, is it possible for you to put her on the speaker phone and translate for me?

Kweli Shuhudia: Yes! Yes! I will do that.

Ron McRae: Okay.

Kweli Shuhudia: Yes?

Ron McRae: Okay.

Kweli Shuhudia: Yes. Go ahead [he then speaks to her in Swahili]

Sarah Obama: [Replies to him in Swahili]

Ron McRae: Ms. Obama?

Kweli Shuhudia: Yes go ahead.

Ron McRae: Mrs. Obama, my name is bishop Ron McRae.

Kweli Shuhudia: Ametaja bishop Ron McRae, Ron McRae. Go ahead.

Ron McRae: I am, I am the bishop of the Anabaptists Churches of North America.

Kweli Shuhudia: Yeye niaskofu Anabaptists makaisa.

Sarah Obama: Shikamooo! [Hello, good day].

Mr. Ogombe: Are you speaking English and , and we will tell her in Luo. Okay?

Ron McRae: Now give me that again. Explain it to me again.

Ogombe: It is welcome. She is very grateful for your interest.

Ron McRae: Okay. Thank you! Tell her I count it a great honor to speak to here since her son Barack Obama is running for President of the United States.

Ogombe: Eh makasema yuko kiuu mgomba Obama kwa mwenyekiti America. Yah, she says she is very helpful for got to you to please pray for Obama. She is asking you to pray for him. For Obama.

Ron McRae: Yes Sir. Uh…Ms. Obama, you can rest assured that I am praying for your son, for your grandson.

Ogombe: Yes. It is helpful also towards it is beginning to help.

Ron McRae: Okay.

Sarah Obama: [unitelligible from Ms. Obama because of room noise].

Ogombe: She says she is covet your prayers for he [unintelligible] her son.

Ron McRae: Okay. And tell her that I will be coming there in December and I would like to come by and meet with her and pray with her.

Ogombe: Yes. Ye atakuwa mwezi Desemba.

Kweli Shuhudia: In December. He will come in December and he wants to come and talk with you.

Sarah Obama: [unitelligible]

Ogombe: Oh she says you're so encourage her. Your coming in December so you can talk together with her.

Ron McRae: Amen. I am so thankful. Could I ask her, uh, about his, uh, his actual birthplace? I would like to see hi actual birthplace when I, when I come to Kenya in December. Uh, was she present when he was, was she present when he was born in Kenya?

Ogombe to Sarah Obama: Alikuma zalima Obama [unintelligible].

Kweli Shuhudia: He is asking her, he wants to know something was ah she present when he was born?

Ogombe: Yes. She says, "Yes she was! She was present when Obama was born."

Ron McRae: Okay.

**Exhibit "C"**

Transcript of Phone Conversation
With Kweli Shuhudia & Sarah Obama

Thursday, October 16, 2008
Time: 10:40 a.m.

     NOTATION: Mr. Shuhudia called me first on October 16th at 10:33a.m. and advised that he was with Sarah Hussein Obama and that she wanted to speak with me, but the connection was lost. He called me right back at 10:35a.m. and he informed me that there were several hundred people present, celebrating Obama's success. I questioned him about the format of the phone call and conversation with Ms. Obama, and then informed him that I would call him right back, so it would not cost him international charges for the call. I called back at 10:40a.m. and public music and voices could be heard that were gathered around Kweli Shuhudia. I then spoke with him and requested that they utilize the speaker phone so everyone could hear. The speaker phone with its open microphone was utilized with Mr. Kweli Shuhudia, Mr. Vitalis Akech Ogombe assisting in the translation work and Ms. Sarah Hussein, along with several hundred people including policeman present and listening to the open conversation between the four of us for approximately 15 minutes. A third unknown party can be heard periodically interjecting both Swahili and English words in the public discussion and conversation between the four of us. At times the room noise from other peoples' voices makes some of the swahili difficult to hear, and towards the end of the converstaion several men's voices are heard that are not identified.

**From AT&T Monthly Statement of Calls:**

| 110 | WED | 10/15/2008 | 8:18PM | 814-629-5423 | BOSWELL PA | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 111 | THU | 10/16/2008 | 10:33AM | 254726▮ | INCOMING CL | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 112 | THU | 10/16/2008 | 10:35AM | 254726▮ | INCOMING CL | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 113 | THU | 10/16/2008 | 10:40AM | 254726▮ | KENYA ** | 15 RM30 DT | 0.00 | 12.32 | 12.32 |
| 114 | THU | 10/16/2008 | 10:54AM | 610-662-3005 | BALACYNWY PA | 2 ESM1 DT M2MC | 0.00 | 0.00 | 0.00 |
| 115 | THU | 10/16/2008 | 10:56AM | 610-825-3134 | CONSHOHCK PA | 10 RM30 DT | 0.00 | 0.00 | 0.00 |
| 116 | THU | 10/16/2008 | 11:17AM | 313-418-6959 | DETROIT MI | 1 RM30 DT | 0.00 | 0.00 | 0.00 |
| 117 | THU | 10/16/2008 | 11:18AM | 313-418-6959 | DETROIT MI | 16 RM30 DT | 0.00 | 0.00 | 0.00 |
| 118 | THU | 10/16/2008 | 11:33AM | 254726▮ | KENYA ** | 2 RM30 DT | 0.00 | 1.76 | 1.76 |
| 119 | THU | 10/16/2008 | 12:37PM | 254726▮ | KENYA ** | 2 RM30 DT | 0.00 | 1.76 | 1.76 |
| 120 | THU | 10/16/2008 | 12:41PM | 814-242-9409 | VMAIL CL | 1 RM30 DT VM | 0.00 | 0.00 | 0.00 |
| 121 | THU | 10/16/2008 | 12:42PM | 254726▮ | KENYA ** | 10 RM30 DT | 0.00 | 8.80 | 8.80 |

Transcript:

Two Rings:

Kweli Shuhudia: Hello? [Back ground music]

Ron McRae: Brother Kweli? [music] Brother Kweli? This is Brother McRae.

Kweli Shuhudia: Yes.

Ron McRae: Okay. How are you today?

Kweli Shuhudia: Now. We are okay. How are you?

Ron McRae: I'm doing very well. You said you are there with, uh, Barack Obama's grandmother?

Kweli Shuhudia: Yes. I am just in the home now. She is right here. We're, we're waiting to talk in a uh long conversation. And [unitelligible] a good family and she is ready to talk.

Ron McRae: Good. She's not there at the present?

Kweli Shuhudia: Yes. She's here right now.

Ron McRae: Okay. Is it possible to speak to her?

Kweli Shuhudia: Yes. It is possible. I ah, along with her and her family, uh, you and me.

Ron McRae: Uh, is it possible for you to put her on the speaker phone and translate for me?

Kweli Shuhudia: Yes! Yes! I will do that.

Ron McRae: Okay.

Kweli Shuhudia: Yes?

Ron McRae: Okay.

Kweli Shuhudia: Yes. Go ahead [he then speaks to her in Swahili]

Sarah Obama: [Replies to him in Swahili]

Ron McRae: Ms. Obama?

Kweli Shuhudia: Yes go ahead.

Ron McRae: Mrs. Obama, my name is bishop Ron McRae.

Kweli Shuhudia: Ametaja bishop Ron McRae, Ron McRae. Go ahead.

Ron McRae: I am, I am the bishop of the Anabaptists Churches of North America.

Kweli Shuhudia: Yeye niaskofu Anabaptists makaisa.

Sarah Obama: Shikamooo! [Hello, good day].

Mr. Ogombe: Are you speaking English and , and we will tell her in Luo. Okay?

Ron McRae: Now give me that again. Explain it to me again.

Ogombe: It is welcome. She is very grateful for your interest.

Ron McRae: Okay. Thank you! Tell her I count it a great honor to speak to here since her son Barack Obama is running for President of the United States.

Ogombe: Eh makasema yuko kiuu mgomba Obama kwa mwenyekiti America. Yah, she says she is very helpful for got to you to please pray for Obama. She is asking you to pray for him. For Obama.

Ron McRae: Yes Sir. Uh…Ms. Obama, you can rest assured that I am praying for your son, for your grandson.

Ogombe: Yes. It is helpful also towards it is beginning to help.

Ron McRae: Okay.

Sarah Obama: [unitelligible from Ms. Obama because of room noise].

Ogombe: She says she is covet your prayers for he [unintelligible] her son.

Ron McRae: Okay. And tell her that I will be coming there in December and I would like to come by and meet with her and pray with her.

Ogombe: Yes. Ye atakuwa mwezi Desemba.

Kweli Shuhudia: In December. He will come in December and he wants to come and talk with you.

Sarah Obama: [unitelligible]

Ogombe: Oh she says you're so encourage her. Your coming in December so you can talk together with her.

Ron McRae: Amen. I am so thankful. Could I ask her, uh, about his, uh, his actual birthplace? I would like to see hi actual birthplace when I, when I come to Kenya in December. Uh, was she present when he was, was she present when he was born in Kenya?

Ogombe to Sarah Obama: Alikuma zalima Obama [unintelligible].

Kweli Shuhudia: He is asking her, he wants to know something was ah she present when he was born?

Ogombe: Yes. She says, "Yes she was! She was present when Obama was born."

Ron McRae: Okay.

**Exhibit "D"**

REGISTRATION of GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu 4-8-1961

3. The nation
   a. of Citizenship: Indonesia
   b. The foreign descendants:
   c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001/R003

6. From which school (moved from) and what class: ???

7.      a. Date accepted: 1-1-1968 (January 1, 1968)
        b. Grade: I (First grade)

8.      a. The name of the parents Mr./Ms.: L. Soetoro M A (Lolo Soetoro)
        b. Occupation/Job: (???? geography ????)
        (name of the mother will only be used if father is deceased)
        c. Address: Menteng Dalam R001/R003

9. The name of the guardian:
        (??? was filled up, ??? parents of the pupil were not available, already ???? ????
        because another thing )
        b. occupation/job:
        c. The address: Menteng Dalam R001/R003

10. Left this school:
        a. ?? was finished, outside from the class:      The date:
        b. ?? recieved ?? the date:          No.
        c. ?? the school to:

11. Other information: