UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP J. BERG, ) | |
| ) | |
| Plaintiff, ) | UNDER SEAL |
| ) | |
| v. ) | Civil Action No. 08-1933 (RWR) |
| ) | |
| BARACK HUSSEIN OBAMA JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Relator served the summons and complaint on the United States Attorney General on November 10, 2008. Under 31 U.S.C. § 3730(b)(4), within 60 days after it receives both the Complaint and the material evidence and information, the Government shall either elect to intervene and proceed with the action or notify the court that it declines to take over the action. The government has not moved to intervene or moved for an extension of the time period in which it may elect to intervene. In addition, the relator has moved to unseal the case and proceed. Accordingly, it is hereby

ORDERED that the government show cause in writing by _February 17_, 2009 why its silence should not be deemed consent to allow the relator to conduct the action.

SIGNED this _4th_ day of _February_, 2009.

/s/
_____
RICHARD W. ROBERTS
United States District Judge

