# EXHIBIT "1"

# AFFIDAVIT OF PROCESS SERVER

**RECEIVED** JAN 26 2009 Clerk, U.S. District and Bankruptcy Courts

## United States District Court

District Of Columbia

Philip J. Berg, Esquire, on his own behalf and on behalf of the Government of the United States of America

Plaintiff

vs

Barack Hussein Obama, Jr.

Defendant

Attorney:

Philip J. Berg, Esq.
555 Andorra Glen Ct., Suite 12
Lafayette Hill, PA. 19444

Case Number: 1.08-cv-01933

Legal documents received by Same Day Process Service on November 10th, 2008 at 8:00 AM to be served upon **U.S. Attorney at 501 3rd St., NW, Washington, DC. 20001**

I, Michael Jones, swear and affirm that on **November 10th, 2008 at 1:40 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits,** to **Lakesha Carroll** as **Docket Clerk & Authorized Agent** of the within named agency, to wit: **U.S. Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 35  Height: 5'5  Weight: 140  Skin Color: Black  Hair Color: Black  Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Jones
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000014602

District of Columbia: SS
Subscribed and Sworn to before me,
this ___15___ day of _____, ____ 2009

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC  All rights reserved

# EXHIBIT "2"

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

RECEIVED

JAN 2 6 2009

Clerk, U.S. District and Bankruptcy Courts

Philip J. Berg, Esquire, on his own behalf and on behalf of the Government of the United States of America

  Plaintiff

vs

Barack Hussein Obama, Jr.

  Defendant

Attorney:

Philip J. Berg, Esq.
555 Andorra Glen Ct., Suite 12
Lafayette Hill, PA 19444

**Case Number:** 1-08-cv-01933

Legal documents received by Same Day Process Service on November 10th, 2008 at 8:00 AM to be served upon **U.S. Attorney General, Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Michael Jones, swear and affirm that on **November 10th, 2008 at 2:05 PM,** I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits,** to **Tony Duntzler as Authorized Agent** of the within named agency, to wit **U.S. Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex. Male Age: 35 Height: 5'10 Weight: 175 Skin Color: Black Hair Color: Black Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Jones**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000014603

District of Columbia SS
Subscribed and Sworn to before me,

this _15_ day of _January_, 2009

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC All rights reserved

# EXHIBIT "3"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP J. BERG,                    )
                                    )
        Plaintiff,                  )            *UNDER*  *SEAL*
                                    )
        v.                          )   Civil Action No. 08-1933 (RWR)
                                    )
BARACK HUSSEIN OBAMA JR.,           )
                                    )
        Defendant.                  )
_____)

## ORDER TO SHOW CAUSE

Relator served the summons and complaint on the United

States Attorney General on November 10, 2008.  Under 31 U.S.C.

§ 3730(b)(4), within 60 days after it receives both the Complaint

and the material evidence and information, the Government shall

either elect to intervene and proceed with the action or notify

the court that it declines to take over the action.  The

government has not moved to intervene or moved for an extension

of the time period in which it may elect to intervene.  In

addition, the relator has moved to unseal the case and proceed.

Accordingly, it is hereby

        ORDERED that the government show cause in writing by

_____February 17_____, 2009 why its silence should not be

deemed consent to allow the relator to conduct the action.

        SIGNED this ____4th____ day of _February_, 2009.

                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge

# EXHIBIT "4"



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C   20530*

February 12, 2009

**By Federal Express**

Philip J. Berg, Esq.
555 Andorra Glen Court
Suite 12
Lafayette Hill, PA 19444
Tel. 610/825-3134

           RE: **United States ex rel. Berg v. Obama** (1:08-1933)

Dear Mr. Berg:

     I am writing with regard to the above-referenced <u>qui tam</u>
action.  The Government has not yet been served with the
complaint and written disclosure statement as required by 31
U.S.C. § 3730(b)(2).  Accordingly, the sixty-day period in which
the United States may decide whether to intervene in this action
has not yet begun to run.  <u>See</u> 31 U.S.C. § 3730(b)(2).  Once the
complaint and written disclosure statement have been properly
served on the Attorney General and the United States Attorney in
accordance with Fed.R.Civ.P. 4(i), we will take further steps to
investigate the allegations in the <u>qui tam</u> complaint.

     This matter is assigned to Assistant United States Attorney
Keith Morgan at the above address and to Department of Justice
Trial Attorney Sara McLean who can be reached at United States
Department of Justice - Civil Division, PO Box 261, Ben Franklin
Station, Washington, DC 20044 (tel. 202/307-0475, fax. 202/616-
3085).  Please ensure that we receive copies of any other filings
past or future in the <u>qui tam</u> action.

Very truly yours,

                              JEFFREY A. TAYLOR
                              United States Attorney

                    By:      _____
                              KEITH V. MORGAN
                              Assistant United States Attorney


cc:    SARA MCLEAN
       Civil Division
       United States Department of Justice

2