UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, *pro se*, on his own BEHALF and on BEHALF of the GOVERNMENT OF THE UNITED STATES OF AMERICA, | : : : : : Case No. 08-cv-1933 |
| Relator, | : : |
| vs. | : : |
| BARACK HUSSEIN OBAMA, | : : |
| Defendant. | : |

## RELATOR'S RESPONSE IN OPPOSITION TO THE UNITED STATES MOTION TO DISMISS

Philip J. Berg, Esquire, on his own behalf and as Relator on behalf of the Government of the United States [hereinafter "Relator"] in this matter files the within Response in Opposition to the Government of the United States [hereinafter "Government"] Motion to Dismiss the Relator's Complaint pursuant to the False Claims Act on the following grounds:

• The Dismissal of the Relator's Complaint under the False Claims Act is not mandatory when the Government moves for Dismissal;

• When the Government seeks dismissal of a False Claims Act Complaint, the standard of review that applies under Section 3730(c)(2)(A) is the "rational relation" standard, which is the standard that applies to substantive due process analyses. The Government has failed to meet the "rational relation" Standard.

- The Relator is requesting and entitled to the Government's Discovery regarding their Decision to move for dismissal.

For the above aforementioned reasons, Relator respectfully requests this Court to deny the Government's Motion to Dismiss, unseal the Case and allow the Relator to prosecute his False Claims Act action. In addition, Relator requests this Honorable Court to grant his request for Discovery from the Government relating to the Government's decision to file the within Motion to Dismiss. Relator is also requesting a hearing on the Government's Motion to Dismiss.

Respectfully submitted,

Dated: April 18, 2009

s/ Philip J. Berg
Philip J. Berg, Esquire, Relator
*Relator*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA  19444-2531
PA Identification No. 09867
(610) 825-3134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, *pro se*, on his own BEHALF and on BEHALF of the GOVERNMENT OF THE UNITED STATES OF AMERICA 555 Andorra Glen Court, Suite 12 Lafayette Hill, PA 19444,<br>Relator,<br>vs.<br>BARACK HUSSEIN OBAMA,<br>Defendant. | Case No. 08-cv-1933 |

## CERTIFICATE OF SERVICE

I, hereby certify that Philip J. Berg, the Relator's Response in Opposition to the U.S. Department of Justice and U.S. Attorney's Motion to Dismiss Relator's False Claim Act Complaint was served by mail through the United States Postal Service, this 20th day of April 2009 upon the following:

Keith V. Morgan
Assistant United States Attorney
U.S. Department of Justice
555 Fourth Street N.W.
Washington, D.C. 20530

Sara McClean
Department of Justice Trial Attorney
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

s/ Philip J. Berg
Philip J. Berg, Esquire, Relator
*Relator*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
PA Identification No. 09867
(610) 825-3134