```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                          |   |                              |
|--------------------------|---|------------------------------|
| **PHILLIP J. BERG,**     | ) |                              |
|                          | ) |                              |
|    Plaintiff, | ) |                          |
|                          | ) |                              |
|    v.     | ) | Civil Action No. 08-1933 (RWR) |
|                          | ) |                              |
| **BARACK HUSSEIN OBAMA JR.,** | ) |                         |
|                          | ) |                              |
|    Defendant. | ) |                          |

### ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is hereby

ORDERED that the relator's motion [17] for reconsideration of the order dismissing his case be, and hereby is, DENIED. This is a final, appealable order.

SIGNED this 21st day of September, 2009.


                                             /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge