Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PHILIP J. BERG, ESQUIRE, *pro se*, on his
own BEHALF and on BEHALF of the
GOVERNMENT OF THE UNITED STATES
OF AMERICA,
                        Relator,

    vs.

BARACK HUSSEIN OBAMA,
                        Defendant.

CIVIL ACTION NO. 08-cv-01933

## NOTICE OF APPEAL

**NOTICE** is hereby given this 20th day of October 2009, that Philip J. Berg, Esquire as Relator in the above entitled action hereby Appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered September 21, 2009 in favor of the United States Government and against Philip J. Berg, Esquire, Relator in the above entitled action.

Respectfully submitted,

_____
Philip J. Berg, Relator
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134
PA Identification No. 09867

Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, *pro se*, on his own BEHALF and on BEHALF of the GOVERNMENT OF THE UNITED STATES OF AMERICA, | : <br> : <br> : <br> : Case No. 08-cv-1933 |
| Relator, | : |
| vs. | : |
| BARACK HUSSEIN OBAMA, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, hereby certify that Philip J. Berg, Esquire has served the Relator's Notice of Appeal by mail through the United States Postal Service, this 20th day of October 2009 upon the following:

Keith V. Morgan
Assistant United States Attorney
U.S. Department of Justice
555 Fourth Street N.W.
Washington, D.C. 20530

U.S. Attorney General Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Sara McClean
Department of Justice Trial Attorney
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

_____
Philip J. Berg, Esquire, Relator